IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )  4:06MJ3004 |
| v. | ) |
| | ) |
| JAIME L. ESQUIVEL, | ) |
| RICARDO ESQUIVEL JR. and | )  ORDER |
| RUBEN D. NUNEZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |

    In accordance with the announcement of my findings from the bench,

    IT IS ORDERED:

    1.  Probable cause is found with respect to each defendant that the charged offense occurred and that they are the persons who committed it.  The defendants shall be held until the matter has been presented to a grand jury in this district.

    2.  Defendant Nunez, having been ordered released on the posting of a bond, is ordered to appear February 16, 2006 at 10:30 a.m. in Courtroom 2.

    3.  Defendant Ricardo Esquivel Jr.'s request to reopen the hearing following counsel's examination of discovery materials not available during the hearing is granted.  Once the examination has been completed, Mr. Esquivel Jr.'s counsel shall inform the office of the undersigned whether or not he intends to request the reopening of the hearing.

    4.  The detention hearing on Ricardo Esquivel Jr. is continued until February 16, 2006 at 10:30 a.m. at the defendant''s request and this defendant shall continue in the custody of the United States Marshal pursuant to the previous temporary order of detention.

Further hearing, if necessary is tentatively scheduled to commence at 10:30 a.m. February 16, 2006 in Courtroom 2.

DATED this 2nd day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge