```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )
                                )   4:06CR3027
     v.                         )
                                )
JAIME LAMON ESQUIVEL,           )
RICARDO ESQUIVEL JR. and        )   ORDER
RUBEN DARIO NUNEZ,              )
                                )
     Defendants.                )
```

IT IS ORDERED:

1. An evidentiary hearing on defendants' motions to suppress evidence, filings 44, 46, and 48, will be held before the undersigned on April 18, 2006 beginning at 2:00 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Based on the defendants' requests, the court has set aside three hours for this hearing.

2. All defendants, their counsel, and counsel for the government shall be present at this hearing.

3. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

4. As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

Dated April 3, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge