IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                    Plaintiff,            )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>JAIME LAMON ESQUIVEL,               )<br>RICARDO ESQUIVEL JR. and         )<br>RUBEN DARIO NUNEZ,                    )<br>                                                             )<br>                    Defendants.       ) | Case No.  4:06CR3027 |

### ORDER

THIS MATTER comes before the Court on defendant Jaime Lamon Esquival's Unopposed Motion to Continue Evidentiary Hearing, filing 51, from April 18, 2006, to a date certain during the week of May 1, 2006.  The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the evidentiary hearing <u>as to all defendants</u> shall be continued in the above captioned matter to the 3rd day of May, 2006 at 2:00 p.m.

The defendants are ordered to appear at said date and time.

Dated this 5th day of April, 2006.

                                                            BY THE COURT

                                                            s/ *David L. Piester*
                                                            David L. Piester
                                                            United States Magistrate Judge