```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiffs,       )         4:06CR3027
                                )
       v.                       )
                                )
JAIME LAMON ESQUIVEL, RICARDO   )            ORDER
ESQUIVEL JR., RUBEN DARIO       )
NUNEZ,                          )
                                )
              Defendants.       )
                                )
```

On the court's own motion, the hearing on defendants' motion to suppress, previously scheduled for May 3, 2006 at 2:00 p.m., is continued to May 10, 2006 at 10:00 a.m.

DATED this 3rd day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge