```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )      4:06CR3027
                                )
     v.                         )
                                )
JAIME LAMON ESQUIVEL,           )      REPORT AND RECOMMENDATION
RICARDO ESQUIVEL, JR., and      )               AND
RUBEN DARIO NUNEZ,              )              ORDER
                                )
     Defendants.                )
```

At the conclusion of the hearing this date on the defendants' motions to suppress evidence, I stated my conclusions on the record and my decision to recommend that the motions to suppress be denied. In accordance with that announcement,

IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that the motions to suppress, filings 44, 46 and 48, be denied in all respects.

FURTHER, IT HEREBY IS ORDERED,

1. The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

2. Counsel are given ten days from the date the transcript is available to counsel for reading in the clerk's office in which to file objections to this recommendation. The parties are notified that failure to object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

3. Trial of this matter is set to commence at 9:00 a.m., July 31, 2006 at 9:00 a.m., for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall

North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

Dated May 10, 2006.

BY THE COURT

s/ David L. Piester
United States Magistrate Judge