IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JAIME LAMON ESQUIVEL, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for reconsideration (filing 175) regarding order on motion for miscellaneous relief (filing 174) is denied.

July 29, 2008.
                                                      BY THE COURT:

                                                           s/ *Richard G. Kopf*
                                                           United States District Judge