IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06cr3027 |
| vs. | ) | |
| | ) | |
| JAIME LAMON ESQUIVEL, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of sentencing hearing held on 10/17/2006.

IT IS ORDERED:

1. The request for transcript, filing 181, is granted.

2. Sabina Limon Quintanar is ordered to pay to the Clerk of Court the amount of $53.35. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $53.35, a refund check will be issued.

3. Upon receipt of this fee, the Clerk of Court is ordered to prepare a transcript of the hearing held on 10/17/2006. A paper copy of the transcript shall be mailed to the requestor.

Dated: December 18, 2008

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge