IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3027 |
| | ) | |
| v. | ) | |
| | ) | |
| JAIME LAMON ESQUIVEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Without making any determination that the 2255 motion is complete or timely or otherwise proper,

IT IS ORDERED that the memorandum referred to in the defendant's motion and cover letter (filing 190) shall be filed immediately and no later than the close of business on March 26, 2009. My chambers shall bring this matter to my attention on March 27, 2009.

DATED this 11th day of March, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge