IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3027-1 |
| | ) | |
| v. | ) | |
| | ) | |
| JAIME LAMON ESQUIVEL, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

On February 18, 2009, the defendant filed a § 2255 motion (filing 190) that contained no supporting facts.  On February 18, 2009, the defendant also represented that he would later send a memorandum "setting forth the grounds for relief" and he asked that this matter be held in abeyance. (Filing 190-2.)  Having received nothing after more than two weeks had passed, and on March 11, 2009, I directed that the defendant's memorandum be *filed* immediately and no later than March 26, 2009.  (Filing 191.)   The defendant has not done so.

I now dismiss the defendant's § 2255 motion with prejudice for failure to comply with my order.  Separately, I also dismiss the motion as it is insufficient since it contains only conclusions.  *See*, *e.g.*, *United States v. Regenos*, 405 F.3d 691, 694 (8th Cir. 2005) (A § 2255 motion may be denied without a hearing where, among other things, the allegations cannot be accepted as true because they are conclusions rather than statements of fact).

IT IS ORDERED that the § 2255 motion (filing 190) is dismissed with prejudice.  A separate judgment will be issued.

DATED this 27th day of March, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge