IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3027-1 |
| | ) | |
| v. | ) | |
| | ) | |
| JAIME LAMON ESQUIVEL, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against Jaime Lamon Esquivel, providing that he shall take nothing and his § 2255 motion is dismissed with prejudice.

DATED this 27th day of March, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge