# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:06CR3027 |
| vs. | |
| JAIME LAMON ESQUIVEL, | MEMORANDUM AND ORDER |
| Defendant. | |

Mr. Esquivel has filed a motion for compassionate release. The very expert United States Probation Officer did a compassionate release investigation (Filing 263) that articulates all the reasons Mr. Esquivel should be denied compassionate release.

First, none of Mr. Esquivel's health concerns warrant compassionate release. It is noteworthy that he declined a Covid vaccination. Second, he is a career offender and a danger to the community. In fact, a petition for a warrant for an offender under supervision has been filed and remains active.

In short, there are no extraordinary and compelling reasons that warrant compassionate release. Therefore,

IT IS ORDERED that the motion for compassionate release (Filing 257) is denied.

May 26, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge